IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHARLES BARATTA LLC, *et al.*<br><br>        Defendants. | Case No. 2:21-cv-06771-JMA-JMW<br><br><br>**NOTICE OF APPEARANCE** |

To Clerk of Court and All Parties of Record:

Please enter my appearance for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC in above-captioned matter. I hereby certify that I was admitted *pro hac vice* in this matter on January 28, 2022.

Dated: January 28, 2022

/s/ *John N. Dagon*
John N. Dagon (0098128) (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: jdagon@beneschlaw.com

Edward C. Wipper
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
17 State Street, Suite 4000
New York, New York 10004
Telephone: (646) 593-7051
Facsimile: (646) 798-8902
Email:     ewipper@beneschlaw.com

*Attorneys for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 28, 2022, a copy of the foregoing *Notice of Appearance* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

                */s/ John N. Dagon*
                John N. Dagon

                *Attorneys for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC*

2