IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLES BARATTA LLC, *et al.*<br><br>　　　　Defendants. | Civil Action No. 2:21-cv-06771-JMA-JMW<br><br>NOTICE OF APPEARANCE |

To Clerk of Court and All Parties of Record:

　　　　Please enter my appearance for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC in the above-captioned matter. I hereby certify that I was admitted *pro hac vice* in this matter on February 18, 2022.

Dated: February 24, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ Laura E. Kogan*
　　　　　　　　　　　　　　　　　　　　Laura E. Kogan (0087453) ((*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN &
　　　　　　　　　　　　　　　　　　　　　ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　200 Public Square, Suite 2300
　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114-2378
　　　　　　　　　　　　　　　　　　　　Telephone:　216.363.4500
　　　　　　　　　　　　　　　　　　　　Facsimile:　216.363.4588
　　　　　　　　　　　　　　　　　　　　Email:　　　lkogan@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　Edward C. Wipper
　　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN &
　　　　　　　　　　　　　　　　　　　　　ARONOFF LLP
　　　　　　　　　　　　　　　　　　　　17 State Street, Suite 4000
　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　Telephone:　(646) 593-7051
　　　　　　　　　　　　　　　　　　　　Facsimile:　(646) 798-8902
　　　　　　　　　　　　　　　　　　　　Email:　　　ewipper@beneschlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Charles Baratta LLC*
　　　　　　　　　　　　　　　　　　　　*and Sanders Phillips Grossman LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2022, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Laura E. Kogan*
      Laura E. Kogan
      *Attorney for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC*