IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BARATTA LLC, *et al*.<br><br>Defendants. | Civil Action No. 2:21-cv-06771-JMA-JMW |

## JOINT STATUS REPORT

Plaintiff, Michael Chavez and Defendants, Charles Baratta LLC ("Defendant Baratta") and Defendant Sanders Phillips and Grossman, LLC ("Defendant Sanders") (collectively "Defendants") submit this Joint Status Update in advance of the upcoming Initial Conference and various impending discovery deadlines in the above-captioned matter. On May 5, 2022, the Parties participated in a private mediation that resulted in a settlement in principle that resolves this matter on an individual basis with respect to Plaintiff Chavez's claims. In light of the settlement, the Parties anticipate finalizing the terms of the settlement and filing a Notice of Voluntary Dismissal within the next thirty (30) days.

Pursuant to the Court's March 22, 2022, Order, an Initial Conference is currently set to go forward on May 11, 2022. In light of the above, the Parties request that the Court indefinitely adjourn the Initial Conference pending dismissal of this case.

Dated: May 10, 2022

/s/ Laura E. Kogan
Laura E. Kogan (0087453) (*pro hac vice*)
John N. Dagon (0098128) (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   216.363.4500
Facsimile:   216.363.4588
Email:   lkogan@beneschlaw.com
          jdagon@beneschlaw.com

Edward C. Wipper
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
17 State Street, Suite 4000
New York, New York 10004
Telephone:   (646) 593-7051
Facsimile:   (646) 798-8902
Email:   ewipper@beneschlaw.com
*Attorneys for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC*

Dated: May 10, 2022

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone:   (617) 485-0018
Email:   anthony@paronichlaw.com

-and-

Avi R. Kaufman
KAUFMAN PA
400 Northwest 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
*Attorneys for Plaiuntiff*

2