IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,,<br><br>    Plaintiff,<br><br>        v.<br><br>CHARLES BARATTA LLC, *et al*.<br><br>    Defendants. | Civil Action No. 2:21-cv-06771-JMA-JMW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses all of his individual claims against the Defendants in this action <u>with</u> prejudice, each party to pay their own costs. The putative class claims against Defendants are hereby voluntarily dismissed <u>without</u> prejudice, each party to pay their own costs.

15752890 v1

Dated: June 7, 2022 */s/ Laura E. Kogan*
Laura E. Kogan (0087453) (*pro hac vice*)
John N. Dagon (0098128) (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   216.363.4500
Facsimile:   216.363.4588
Email:       lkogan@beneschlaw.com
             jdagon@beneschlaw.com

Edward C. Wipper
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
17 State Street, Suite 4000
New York, New York 10004
Telephone:   (646) 593-7051
Facsimile:   (646) 798-8902
Email:       ewipper@beneschlaw.com
*Attorneys for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC*


Dated: June 7, 2022 */s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone:   (617) 485-0018
Email:       anthony@paronichlaw.com

-and-

Avi R. Kaufman
KAUFMAN PA
400 Northwest 26th Street
Miami, Florida 33127
Telephone:  (305) 469-5881
Email:  kaufman@kaufmanpa.com
*Attorneys for Plaiuntiff*

15752890 v1

## **CERTIFICATE OF SERVICE**

      I, hereby certify that on June 7, 2022, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any party that has not appeared.

      */s/ Anthony I. Paronich*

      Anthony I. Paronich

15752890 v1