**FILED
CLERK**

6/8/2022 2:50 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CHAVEZ, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES BARATTA LLC, *et al*. <br><br> Defendants. | Civil Action No. 2:21-cv-06771-JMA-JMW <br><br> Case closed. <br> SO ORDERED. <br> /s/ JMA, USDJ <br> 6/8/2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses all of his individual claims against the Defendants in this action <u>with</u> prejudice, each party to pay their own costs. The putative class claims against Defendants are hereby voluntarily dismissed <u>without</u> prejudice, each party to pay their own costs.

15752890 v1

| | |
|---|---|
| Dated: June 7, 2022 | */s/ Laura E. Kogan* <br> Laura E. Kogan (0087453) (*pro hac vice*) <br> John N. Dagon (0098128) (*pro hac vice*) <br> BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP <br> 200 Public Square, Suite 2300 <br> Cleveland, Ohio 44114-2378 <br> Telephone: 216.363.4500 <br> Facsimile: 216.363.4588 <br> Email: lkogan@beneschlaw.com <br>         jdagon@beneschlaw.com <br><br> Edward C. Wipper <br> BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP <br> 17 State Street, Suite 4000 <br> New York, New York 10004 <br> Telephone: (646) 593-7051 <br> Facsimile: (646) 798-8902 <br> Email: ewipper@beneschlaw.com <br> *Attorneys for Defendants Charles Baratta LLC and Sanders Phillips Grossman LLC* |
| Dated: June 7, 2022 | */s/ Anthony I. Paronich* <br> Anthony I. Paronich <br> PARONICH LAW, P.C. <br> 350 Lincoln St., Suite 2400 <br> Hingham, MA 02043 <br> Telephone: (617) 485-0018 <br> Email: anthony@paronichlaw.com <br><br> -and- <br><br> Avi R. Kaufman <br> KAUFMAN PA <br> 400 Northwest 26th Street <br> Miami, Florida 33127 <br> Telephone: (305) 469-5881 <br> Email: kaufman@kaufmanpa.com <br> *Attorneys for Plaiuntiff* |

15752890 v1

## **CERTIFICATE OF SERVICE**

I, hereby certify that on June 7, 2022, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any party that has not appeared.

*/s/ Anthony I. Paronich*

Anthony I. Paronich

15752890 v1